IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL E. JAMISON, SR., #258 391, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12cv-150-WHA |
| | ) | |
| KIM T. THOMAS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on the Complaint filed by the Plaintiff on February 17, 2012. On May 17, 2012, the Magistrate Judge entered an order directing the Plaintiff to file a response to the Defendants' Answer and Special Report (Doc. #18), to which the Plaintiff has not responded.  Therefore, it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to prosecute this action and to comply with the orders of the court.   Final Judgment will be entered accordingly.

DONE this 4th day of November, 2014.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE