IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL E. JAMISON, SR., #258 391, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:12cv-150-WHA |
| ) | |
| KIM T. THOMAS, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Samuel E. Jamison, Sr., and this case is DISMISSED without prejudice.

DONE this 4th day of November, 2014.


/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE